IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EVERETT DARRYL CLAY,

    Plaintiff,

v.                                              CASE NO. 4:05-cv-00406-MP-AK

SERGEANT BOLACK,
et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 35, Report and Recommendation of the Magistrate Judge, recommending that the plaintiff's complaint be dismissed for failure to exhaust administrative remedies. The plaintiff filed two objections (docs. 37 and 39), which the Court has reviewed. The plaintiff states in his objections that he was not aware of the exhaustion requirements before filing the lawsuit. However, the Eleventh Circuit has held that the Prison Litigation Reform Act mandates exhaustion of a prisoner's administrative remedies and that courts no longer have discretion to waive the exhaustion requirement. Alexander v. Hawk, 159 F.3d 1321, 1325-26 (11th Cir.1998). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _1st_ day of November, 2006

                                           *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge